# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-17-00772-CV

### In re Lynette Thorpe

### B. H.-L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 16-0122-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of B. H.-L.  The subject of this proceeding is court reporter Lynette Thorpe, who has failed to comply with this Court's order to file the reporter's record.

On December 7, 2017, we ordered Thorpe to file the record by December 18, 2017, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that Lynette Thorpe shall appear in person before this Court on Wednesday, January 24, 2018, at 9:00 a.m. in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our December 7, 2017 order. This order to show cause will be withdrawn and Thorpe will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the remaining reporter's record on or before January 22, 2018.

It is ordered on January 12, 2018.

Before Justices Chief Justice Rose, Justices Goodwin and Field